In the Matter of the Estate of CARL R. AMANN, Deceased. HERMANN F. KOCH et al., Appellants; FRANCIS X. McCORMACK et al., Respondents.—

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.